UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIAN BROWNE; GLORIA FERNANDEZ; and SUSAN MORALES, | : <br> : <br> : |
| Plaintiffs, | : Case No.: |
| vs. | : <br> : |
| MAC MOTORS, INC., d/b/a HARTFORD TOYOTA SUPERSTORE, | : <br> : <br> : |
| Defendant. | : July 12, 2016 |

**Jury Trial Demanded**

## COMPLAINT

### I. INTRODUCTION

1. This is an action for money damages and other relief for Defendant's failure to pay Plaintiffs the same as male employees performing the same job, in violation of the Equal Pay Act, 29 U.S.C. 206.

### II. PARTIES

2. Plaintiff Lillian Brown was and is a citizen of the State of Connecticut.

3. Plaintiff Gloria Fernandez was and is a citizen of the State of Connecticut.

4. Plaintiff Susan Morales was and is a citizen of the State of Connecticut.

5. Defendant Mac Motors, Inc. was and is a corporation organized and existing under the laws of the State of Delaware with a principal place of business located at 158 Weston Street, Hartford, Connecticut 06120.

6. Defendant does business as Hartford Toyota Superstore.

7. Hartford Toyota Superstore is car dealership located at 158 Weston Street, Hartford, Connecticut 06120.

## III. JURISDICTION

8. This court has subject matter jurisdiction over this case under the provisions of 28 U.S.C. 1343(3) because it asserts claims under the Equal Pay Act, 29 U.S.C. Sec. 206.

9. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(c), because the defendant is located in this district and the facts, circumstances and conduct alleged herein occurred in this state.

## IV. FACTS

10. Defendant is an employer.

11. Defendant employs plaintiff Browne.

12. Defendant employed plaintiff Fernandez.

13. Defendant employed plaintiff Morales.

14. Plaintiff Browne is employed as a sales and leasing consultant.

15. Plaintiff Morales was employed as a sales and leasing consultant.

16. Plaintiff Fernandez was employed as a business manager.

17. Plaintiff Browne is female.

18. Plaintiff Morales is female.

19. Plaintiff Fernandez is female.

20. Defendant presently (July 2016) employs fourteen (14) sales and leasing consultants.

21. One (1) out of the fourteen (14) current sales and leasing consultants is female (plaintiff Browne).

22. Defendant presently (July 2016) employs three (3) business managers.

23. All three (3) current business managers are male.

24. Defendant hired plaintiff Fernandez on or about August 1, 2014.

25. Plaintiff Fernandez's employment ended on or about February 12, 2016.

26. Defendant hired plaintiff Browne on or about June 12, 2013.

27. Defendant hired plaintiff Morales on or about May 2014.

28. Plaintiff Morales' employment ended in August 2014.

29. Defendant compensates its sale and leasing consultants by a weekly draw and commissions.

30. The commissions are based upon sales of new and used vehicles.

31. Plaintiff Browne performs the same job and holds the same title as the other male sales and leasing consultant employees and has done so since she was hired.

32. Plaintiff Browne's sales and leasing consultant job is identical and requires the same level of skill, effort and responsibility as the male sales and leasing consultant employees.

33. Plaintiff Browne was and is performing her job with at least the same level of skill, effort and responsibility as her male co-workers.

34. Since plaintiff Browne started her job, defendant has been paying her less than the men performing the same job.

35. Defendant has been paying Plaintiff Browne lower commissions for selling cars then the men.

36. Plaintiff Morales performed the same job and held the same title as the other male sales and leasing consultant employees and had done so throughout her employment.

37. Plaintiff Morales performed her job with at least the same level of skill, effort and responsibility as her male co-workers.

38. Defendant paid plaintiff Morales less than the men performing the same job.

39. Defendant paid plaintiff Morales lower commissions for selling cars then the men.

40. Defendant paid plaintiff Fernandez a weekly draw plus commissions.

41. The weekly draw plus commissions was referred to as the "pay plan".

42. Plaintiff's pay plan was less than the two other business managers.

43. Plaintiff Fernandez performed the same job and held the same title as the other male business managers.

44. Plaintiff Fernandez performed her job with at least the same level of skill, effort and responsibility as her male co-workers.

45. Defendant's conduct in paying Plaintiffs less than men performing the same job was willful in that it knew that it was doing so and yet failed to correct its unequal pay.

46. Defendant's unequal pay was based upon gender.

47. Defendant's unequal pay of the plaintiffs was based upon their gender.

48. Defendant's conduct has caused plaintiffs to suffer harms and losses including lost income and attorneys' fees.

**COUNT ONE – EQUAL PAY ACT**

1. Plaintiffs repeat and re-allege the general allegations set forth above as though fully set forth herein.

49. Defendant violated the Equal Pay Act, 29 U.S.C. 206 by paying plaintiffs less than men in the same position.

50. Defendant's continue to violate the Equal Pay Act, 29 U.S.C. 206 by paying plaintiff Browne less than men in the same position.

51. As a direct and proximate of defendant's violations of the Equal Pay Act, plaintiffs suffered and sustained damages.

52. Defendant's violation of the Equal Pay Act is a continuing violation as to plaintiff Browne.

## DEMAND FOR RELIEF

WHEREFORE, plaintiffs pray for appropriate damages including: compensatory damages including damages for back pay, commissions, bonuses, punitive damages, liquidated damages, statutory attorneys' fees as permitted under the Equal Pay Act, interest and costs, for injunctive relief to cease and remedy unequal pay; for a trial by jury; and for all other just and proper relief.

Dated:   July 12, 2016

James V. Sabatini, Esq. ct19899
SABATINI AND ASSOCIATES, LLC
1 Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
Email: jsabatini@sabatinilaw.com

ATTORNEY FOR PLAINTIFFS