UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LILLIAN BROWNE
GLORIA FERNANDEZ
SUSAN MORALES
    Plaintiffs,

v.                                        3:16-cv-1185 (SRU)

MAC MOTORS, INC., D/B/A
HARTFORD TOYOTA SUPERSTORE
    Defendant

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion. On April 30, 2018, the court held a hearing and entered a Ruling granting, the Motion Summary Judgment in favor of the defendant and against Lillian Browne, Gloria Fernandez and Susan Morales.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment shall enter for the defendant and against the plaintiff's and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of April, 2018.

Robin D. Tabora, Clerk

By   /s/ Rochelle Jaiman
      Deputy Clerk

EOD: 4/30/18